**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF FLORIDA

Case number *(if known)* _____    Chapter    **7**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Forever Trim Body Sculpting & Plastic Surgery Center, LLC** |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | **DBA  Forever Young & Trim Cosmetic Centers** |
| 3. | Debtor's federal Employer Identification Number (EIN) | **46-1149741** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **1127 S University Dr.**<br>**Plantation, FL 33324** | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Broward** | Location of principal assets, if different from principal place of business |
| County | **3147 Peachtee Way Davie, FL 33328** |
| | Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | Debtor's website (URL) | **www.foreveryoungandtrim.com** |

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor   **Forever Trim Body Sculpting & Plastic Surgery Center, LLC**    Case number (*if known*) _____
_____
Name

**7.  Describe debtor's business**    A. *Check one:*

■ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply*:

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

Debtor **Forever Trim Body Sculpting & Plastic Surgery Center, LLC**
Name
Case number (*if known*) _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | | |
|---|---|---|---|
| Debtor | _____ | Relationship | _____ |
| District | _____ When _____ | Case number, if known | _____ |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____
Contact name _____
Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds** .

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor    **Forever Trim Body Sculpting & Plastic Surgery Center, LLC**                    Case number (*if known*) _____
           Name

☐ $50,001 - $100,000              ☐ $10,000,001 - $50  million        ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000            ☐ $50,000,001 - $100 million        ☐ $10,000,000,001 - $50 billion
■ $500,001 - $1 million           ☐ $100,000,001 - $500 million       ☐ More than $50 billion

Debtor  **Forever Trim Body Sculpting & Plastic Surgery Center, LLC**                    Case number (*if known*) _____
        Name

| | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature**
    **of authorized**
    **representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **January 19, 2022**
               MM / DD / YYYY

X **/s/ MGRM**                                    **MGRM**
  Signature of authorized representative of debtor    Printed name

Title    **Timothy P. Reed**

**18. Signature of attorney**

X **/s/ David W. Langley**                        Date  **January 19, 2022**
  Signature of attorney for debtor                      MM / DD / YYYY

**David W. Langley 348279**
Printed name

**David W. Langley**
Firm name

**8551 W. Sunrise Blvd., Suite 303**
**Plantation, FL 33322**
Number, Street, City, State & ZIP Code

Contact phone  **954-356-0450**    Email address  **dave@flalawyer.com**

**348279 FL**
Bar number and State

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Forever Trim Body Sculpting & Plastic Surgery Center, LLC** |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF FLORIDA |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

| | | |
|---|---|---|
| Executed on | **January 19, 2022** | *X* **/s/ MGRM** |
| | | Signature of individual signing on behalf of debtor |
| | | **MGRM** |
| | | Printed name |
| | | **Timothy P. Reed** |
| | | Position or relationship to debtor |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

---

**Fill in this information to identify the case:**

Debtor name    **Forever Trim Body Sculpting & Plastic Surgery Center, LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number (if known)    _____

☐ Check if this is an
   amended filing

---

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals    12/15

---

**Part 1:    Summary of Assets**

1.    ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   1a. **Real property:**
      Copy line 88 from *Schedule A/B*.................................................................................... $ _____ 0.00

   1b. **Total personal property:**
      Copy line 91A from *Schedule A/B*................................................................................. $ _____ 37,745.61

   1c. **Total of all property:**
      Copy line 92 from *Schedule A/B*................................................................................... $ _____ 37,745.61

---

**Part 2:    Summary of Liabilities**

2.    ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
      Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................... $ _____ 37,819.87

3.    ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
      Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................ $ _____ 200,447.64

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
      Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................. +$ _____ 326,155.90

4.    **Total liabilities** .........................................................................................................................
      Lines 2 + 3a + 3b    | $ _____ 564,423.41 |

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name   **Forever Trim Body Sculpting & Plastic Surgery Center, LLC**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an amended filing

# Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property     12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:    Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Bank of America - Negative Bank Balance** | **Checking** | 3936 | $0.00 |
| 3.2. | **Wells Fargo** | **Checking** | 9353 | $17.73 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.** | $17.73 |
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:    Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

**Part 3:    Accounts receivable**

10. **Does the debtor have any accounts receivable?**

■ No. Go to Part 4.
☐ Yes Fill in the information below.

**Part 4:    Investments**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **Forever Trim Body Sculpting & Plastic Surgery Center, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

13. **Does the debtor own any investments?**

☑ No. Go to Part 5.
☐ Yes Fill in the information below.

---

**Part 5:**   **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.
☐ Yes Fill in the information below.

---

**Part 6:**   **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.
☐ Yes Fill in the information below.

---

**Part 7:**   **Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.   **Office furniture**<br>**List of Office Furniture and Computers is Attached. Items are currently being held in the Storage Unit or in Timothy Reeds garage. Location of each item is listed on the attached.** | $0.00 | | $3,145.00 |
| 40.   **Office fixtures** | | | |
| 41.   **Office equipment, including all computer equipment and communication systems equipment and software Phone Equipment is leased by another company and is used by but not owned by Forever Trim Body Sculpting & Plastic Surgury Center, LLC** | $0.00 | | $0.00 |
| **Inventory List of Surgical Instruments Attached.  Items are currently being held in Timothy Reeds Garage** | $23,571.51 | | $5,892.88 |
| **Used Capital Equipment Inventory is attached. Smaller Items are currently being held in the Storage Unit, while the larger items are at Timothy Reeds Garage** | $28,690.00 | | $28,690.00 |

42.   **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork;
books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card
collections; other collections, memorabilia, or collectibles

Debtor   **Forever Trim Body Sculpting & Plastic Surgery Center, LLC**

Case number *(If known)*

Name

---

43. **Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86. | **$37,727.88**

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
   ■ No
   ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

**Part 8:    Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**
   ■ No.  Go to Part 9.
   ☐ Yes Fill in the information below.

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**
   ■ No.  Go to Part 10.
   ☐ Yes Fill in the information below.

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**
   ☐ No.  Go to Part 11.
   ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** | | | |
| 62. **Licenses, franchises, and royalties** | | | |
| 63. **Customer lists, mailing lists, or other compilations** **Patient Records.** **Located in storage unit.** | $0.00 | | $0.00 |
| 64. **Other intangibles, or intellectual property** | | | |
| 65. **Goodwill** | | | |

66. **Total of Part 10.**
Add lines 60 through 65. Copy the total to line 89. | **$0.00**

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107)?
   ■ No
   ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
   ■ No

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Forever Trim Body Sculpting & Plastic Surgery Center, LLC** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

■ No

☐ Yes

| Part 11: | **All other assets** |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.

☐ Yes Fill in the information below.

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Debtor | **Forever Trim Body Sculpting & Plastic Surgery Center, LLC** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

---

**Part 12:**    Summary

In Part 12 copy all of the totals from the earlier parts of the form

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $17.73 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $37,727.88 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.................................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $37,745.61 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $37,745.61 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

INVENTORY ESTIMATED RESALE VALUE

| | |
|---|---|
| Surgical Equipment | 5892.88 |
| Capital Equipment | 28690 |
| Furniture &  Computers | 3145 |
| | 37727.88 |

| Maker | | Part Number | | Retail | | Quantity | | Value | Location |
|---|---|---|---|---|---|---|---|---|---|
| Maxon 2-0 | | C-14 | 8886-6618-51 | $ 5.00 | Each | 28 | $ | 140.00 | H |
| Surgipro 2-0 | | C-15 | SP-868 | 3.36 | | 71 | $ | 238.56 | H |
| Biosyn 3-0 | | C-14 | SM-693 | 5 | | 49 | $ | 245.00 | H |
| Quill 3-0 | | PS | RA-1021Q | 17.22 | | 16 | $ | 275.52 | H |
| Polysorb 4-0 | | C-13 | SL-691G | 4.05 | | 17 | $ | 68.85 | H |
| Monosof 4-0 | | C-13 | Sn-662g | 2.46 | | 12 | $ | 29.52 | H |
| Quill 5-0 | | PDO | RA-1033Q | 23.47 | | 14 | $ | 328.58 | H |
| Monosof 5-0 | | P-12 | SN-5666 | 5.2 | | 66 | $ | 343.20 | H |
| Monocryl 5-0 | | PC-5 | Y822G | 26.16 | | 24 | $ | 627.84 | H |
| Caprosyn 5-0 | | P-12 | SC-5616G | 6.88 | | 12 | $ | 82.56 | H |
| Prolene 6-0 | | P-3 | 8695G | 25.94 | | 12 | $ | 311.28 | H |
| BD Needles | | | CE0050 | | | 10 | | | H |
| Myco | | Spinal Needle | SN22G351 | 1.69 | | 26 | $ | 43.94 | H |
| Cynasure | | | 807-5001-005 | | | 6 | | | H |
| Miltex | | Skin Pull | 11-122 | 77.48 | | 7 | $ | 542.36 | H |
| Miltex | | Bladesafe | 4-100 7A | 11.45 | | 8 | $ | 91.60 | H |
| | | Eye Shields | | 3.04 | | 13 | $ | 39.52 | H |
| Miltex | | Scissors | 21608 | 153.12 | | 10 | $ | 1,531.20 | H |
| Miltex | | Scissors | 5-268 | 107.51 | | 6 | $ | 645.06 | H |
| Padgett | | Scissors | PM-4862 | 174.69 | | 3 | $ | 524.07 | H |
| Miltex | | Scissors | 18-1596 | | | 2 | | | H |
| Miltex | | Scissors | 5-288 | 83.88 | | 3 | $ | 251.64 | H |
| Miltex | | Scissors | 8-46 | 64.85 | | 5 | $ | 324.25 | H |
| Miltex | | Scissors | 5-182 | 65.57 | | 2 | $ | 131.14 | H |
| Miltex | | Scissors | 8-44 | 57.54 | | 2 | $ | 115.08 | H |
| Miltex | | Scissors | 8-96 | 138.48 | | 2 | $ | 276.96 | H |
| Miltex | | Scissors | 21-606 | 69.49 | | 2 | $ | 138.98 | H |
| Miltex | | Scissors | 21-607 | 136.43 | | 2 | $ | 272.86 | H |
| Miltex | | Scissors | 21-SC-715 | 244.48 | | 2 | $ | 488.96 | H |
| Padgett | | Scissors | 21-SC-715-CTC | | | 1 | | | H |
| Miltex | | Scissors | MH5-SC-182 | 66.82 | | 2 | $ | 133.64 | H |
| Miltex | | Scissors | 9-100 | 48.43 | | 2 | $ | 96.86 | H |
| Miltex | | Scissors | 18-1476 | 84.92 | | 1 | $ | 84.92 | H |
| Miltex | | Scissors | 18-1464 | 84.92 | | 1 | $ | 84.92 | H |
| Miltex | | Scissors | 5-304TC | 171.98 | | 3 | $ | 515.94 | H |
| Miltex | | Scissors | 9-101 | 76.08 | | 2 | $ | 152.16 | H |
| Miltex | | Scissors | 5-316 | 60.91 | | 2 | $ | 121.82 | H |
| Miltex | | Scissors | 21-537TC | 146.34 | | 1 | $ | 146.34 | H |
| Miltex | | Scissors | 8-7A-TC | 120.74 | | 3 | $ | 362.22 | H |
| Miltex | | Scissors | 8-6-TC | 139.18 | | 1 | $ | 139.18 | H |
| Miltex | | Scissors | 8-6 | 68.28 | | 3 | $ | 204.84 | H |
| Miltex | | Scissors | 17-2603 | 209.88 | | 1 | $ | 209.88 | H |
| Jarit | | Scissors | 102-210 | | | 1 | | | H |
| Miltex | | Scissors | 5-132 | 56.68 | | 1 | $ | 56.68 | H |
| Miltex | | Scissors | 5-2 | 42.29 | | 1 | $ | 42.29 | H |
| Miltex | | Scissors | 7-42 | 44.03 | | 1 | $ | 44.03 | H |
| Miltex | | Scissors | 5-290 | 87.78 | | 1 | $ | 87.78 | H |
| Miltex | | Scissors | 5-316 | 60.91 | | 1 | $ | 60.91 | H |
| Padgett | | Scissors | 21SC715CTC | 436 | | 1 | $ | 436.00 | H |
| | | Kidney Shape | #10 | 41.67 | | 3 | $ | 125.01 | H |
| Miltex | | Kidney Shape | 18-10 | 6.08 | | 3 | $ | 18.24 | H |
| Vollrath | | Kidney Shape | 88580 | 19.92 | | 1 | $ | 19.92 | H |
| Polaeware | | Kidney Shape | #6 | 22.37 | | 1 | $ | 22.37 | H |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Sklar | Kidney Shape | 10-1670 | 20.72 | 1 | $ | 20.72 | H |
| Miltex | Medicine cups | 18-10 | 4.23 | 6 | $ | 25.38 | H |
| Sklar | Medicine cups | 10-1675 | 28.41 | 2 | $ | 56.82 | H |
| Miltex | Clamp | 7-506 | 40.17 | 5 | $ | 200.85 | H |
| Miltex | Clamp | EG7-504 | 39.95 | 6 | $ | 239.70 | H |
| Padgett | Tweezer | PM-4185 | 98.03 | 2 | $ | 196.06 | H |
| Miltex | Tweezer | 24-550 | 137.78 | 2 | $ | 275.56 | H |
| Miltex | Tweezer | 18-1828 | 369.78 | 3 | $ | 1,109.34 | H |
| Miltex | Tweezer | 18-1486 | 267.46 | 1 | $ | 267.46 | H |
| Miltex | Tweezer | 18-1480 | 239.06 | 2 | $ | 478.12 | H |
| Miltex | | 18-120 | 29.96 | 2 | $ | 59.92 | H |
| Miltex | | 4-7 | 13.97 | 5 | $ | 69.85 | H |
| Miltex | | 18-114 | 53.55 | 3 | $ | 160.65 | H |
| Miltex | | 18-112 | 53.55 | 3 | $ | 160.65 | H |
| Miltex | | 18-110 | 53.55 | 3 | $ | 160.65 | H |
| Miltex | | 11-42 | 56.78 | 3 | $ | 170.34 | H |
| Miltex | | 11-74 | 13.94 | 7 | $ | 97.58 | H |
| Miltex | | 11-73 | 64.14 | 3 | $ | 192.42 | H |
| Miltex | | 21-188 | 60.19 | 2 | $ | 120.38 | H |
| Miltex | | 6-192 | 63.55 | 2 | $ | 127.10 | H |
| Miltex | | 21-144 | 112.03 | 1 | $ | 112.03 | H |
| Miltex | | 27-746 | 72.37 | 1 | $ | 72.37 | H |
| Miltex | | 21-86 | 77.22 | 3 | $ | 231.66 | H |
| Miltex | | 21-153 | 57.4 | 2 | $ | 114.80 | H |
| Miltex | | 21-160 | 97.1 | 2 | $ | 194.20 | H |
| Miltex | | 21-154 | 96.09 | 5 | $ | 480.45 | H |
| Miltex | | 21-156 | 96.09 | 9 | $ | 864.81 | H |
| Miltex | | 21-158 | 96.09 | 1 | $ | 96.09 | H |
| Miltex | | 19-316 | 36.62 | 2 | $ | 73.24 | H |
| Miltex | | 18-896 | 264.03 | 2 | $ | 528.06 | H |
| Miltex | | 6-124 | 51.22 | 2 | $ | 102.44 | H |
| Miltex | | 6-120 | 38.88 | 1 | $ | 38.88 | H |
| Miltex | | 6-118 | 36.65 | 5 | $ | 183.25 | H |
| Miltex | | 6-114 | 21.46 | 2 | $ | 42.92 | H |
| Miltex | | 6-168 | 43.17 | 1 | $ | 43.17 | H |
| Miltex | | 18-953 | 367.03 | 1 | $ | 367.03 | H |
| Miltex | | 18-954 | 255.58 | 1 | $ | 255.58 | H |
| Miltex | | 6-124XL | 49.12 | 1 | $ | 49.12 | H |
| Jarit | | 410-215 | 66 | 1 | | 66 | H |
| | Staple remover | 716 | 1.32 | 3 | $ | 3.96 | H |
| 3m | Staple remover | SR III | 31.22 | 1 | $ | 31.22 | H |
| | Fat Strainers | | 25 | 4 | | 100 | H |
| Miltex | | 18650 | 378 | 5 | | 1890 | H |
| Miltex | Canula | 2-104SS | 35.09 | 1 | $ | 35.09 | H |
| | Canula | 12" 3.5 Lipo | 225 | 1 | | 225 | H |
| | Canula | 12" 3 Lipo | 200 | 1 | | 200 | H |
| | Canula | 6" 2.5 Lipo | 195 | 1 | | 195 | H |
| Miltex | Canula | 19-572 | 86.11 | 1 | | 86.11 | H |
| Cynosure | Canula | Thin canula | 93 | 1 | | 93 | H |
| | Canula | 6" #4 | 119 | 6 | | 714 | H |
| | Canula | Ultra Thin 6" | 195 | 1 | | 195 | H |
| | Canula | Ultra Thin 4" | 178 | 1 | | 178 | H |
| | Canula | 12" #14 | 245 | 1 | | 245 | H |
| Byron | Canula | 100-520-06 | | 5 | | | H |
| Byron | Canula | 100-617-09 | | 3 | | | H |

| | | | | |
|---|---|---|---|---|
| Byron | Canula | 100-427-06 | 2 | H |
| Byron | Canula | 100-903-12 | 2 | H |

$ 23,571.51

$5,892.88

**VALUE OF EQUIPMENT IS 25% OF FULL RETAIL VALUE - ALL EQUIPMENT USED AND OLD**
**VERY SPECIALIZED SURGICAL EQUIPMENT MAY HAVE  A MUCH LOWER VALUE**

**Used Capital Equipment Inventory**

| Manufacturer Description | | Qty | Estimated Wholesale Resale Value | |
|---|---|---|---|---|
| Ulthera 2011 Machine with case and stand | * | 1 | 12500 | 12500 H |
| ECO2 2011 Lutronics Co2 machine with attachments | * | 1 | 6500 | 6500 H |
| Mckesson 22-900 Desicator Device (no stand) | | 1 | 400 | 400 H |
| Sonicator 740 Ultrasound Device  - 10 years old | | 1 | 400 | 400 H |
| Banyan Stat Kits L-1000 (with mostly expired solutions) | | 2 | 200 | 400 H |
| Medical Headlamp KD-202A-6 | | 1 | 100 | 100 H |
| Floor Standing Surgical Overhead Light | | 1 | 350 | 350 H |
| Pelleve S5 2014 with Consumables | * | 1 | 4500 | 4500 H |
| MD Resource Touch Up Aspirator | * | 1 | 600 | 600 H |
| Spa/Surgical Electric adjustable bed          (needs repair) | * | 1 | 200 | 200 S |
| Attest Autoclave Steam Incubator 56 Degrees | | 1 | 50 | 50 H |
| Blood Centrifuge for PRP ELMI CM-8MT | | 1 | 300 | 300 H |
| Blood Centrifuge LW Scientific Model U8V-1 | | 1 | 300 | 300 H |
| Blood Centrifuge Thermo Fisher Scientific Medilite 6PL #004480F | | 1 | 300 | 300 H |
| Bovie Smoke Evacuator  Model Smoke Shark | | 1 | 500 | 500 H |
| Buffalo Smoke Evacuator  Porta PlumeSafe 604 | | 1 | 500 | 500 H |
| Midmark M150 120V Cleaner | | 2 | 100 | 200 H |
| Aire Liquefaction UN1072 Oxygen bottle with head dispensing valve | | 1 | 80 | 80 H |
| Mckesson 81-18100 Halogen 35 exam light | | 1 | 200 | 200 H |
| Res-Q-Vac Suction | | 1 | 50 | 50 H |
| Ambu SPUR II adult Resuscitator  #520211000 | | 3 | 20 | 60 H |
| Portable AC Unit 8500 Btu | | 1 | 200 | 200 H |
| | | | | 28690 |

ESTIMATED RESALE VALUE TO WHOLESALER - ALL EQUIPMENT HAS BEEN USED EXTENSIVELY.

| Item | Qty | Price | Total | Loc |
|------|-----|-------|-------|-----|
| Flat Screen Computer Monitors | 3 | 50 | 150 | H |
| PC's with keyboards, mouse | 3 | 150 | 450 | H |
| Computer | 1 | 300 | 300 | H |
| APC Surge Guard 450 | 3 | 25 | 75 | H |
| HP Inkjet Printers | 3 | 75 | 225 | H |
| Small 2-draw cabinet black | 5 | 25 | 125 | S |
| Large 4 drawer cabinet sand | 1 | 40 | 40 | S |
| Wood secretary desk Narrow | 1 | 50 | 50 | S |
| 24" x 6" Metal Shelves | 2 | 30 | 60 | S |
| Small waiting area couch | 1 | 150 | 150 | S |
| Table for couch | 1 | 125 | 125 | S |
| Office desk rolling chairs | 3 | 25 | 75 | S |
| Book Shelves | 3 | 25 | 75 | S |
| Thin wood wall table | 1 | 25 | 25 | S |
| Large Executive Desk | 1 | 200 | 200 | S |
| Guest chairs for offices | 6 | 25 | 150 | S |
| 3 x 6 Wood Table | 1 | 35 | 35 | S |
| Hon 36" Filing cabinet vertical | 4 | 75 | 300 | S |
| Hon Horizontal 3 drawer filing cabinet | 1 | 125 | 125 | S |
| Full size pine color secretary desks w/ returns | 3 | 75 | 225 | S |
| Small wood executive desk | 1 | 75 | 75 | S |
| Exam Stool (No back) | 1 | 45 | 45 | S |
| Exam Stool with back support | 1 | 65 | 65 | S |
| | | | 3145 | |

**H = Home in my Garage**
**S =  Storage Unit**

**Fill in this information to identify the case:**

Debtor name   **Forever Trim Body Sculpting & Plastic Surgery Center, LLC**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF FLORIDA

Case number (if known)   _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                                12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br><br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

### 2.1   FC Marketplace, LLC
Creditor's Name

**747 Front Street., Floor 4**
**San Francisco, CA 94111**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**8/16/2017**
**Last 4 digits of account number**
**1542**
**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**UCC Financing**

**Describe the lien**
**UCC Financing Statement lien on all assets**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| | **$32,819.87** | **$0.00** |
|---|---|---|

### 2.2   Fund Box
Creditor's Name

**6900 Dallas Parkway, STE 700**
**Plano, TX 75024**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**Describe debtor's property that is subject to a lien**
**UCC Financing**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

| | **$5,000.00** | **$0.00** |
|---|---|---|

Debtor    **Forever Trim Body Sculpting & Plastic Surgery**
**Center, LLC**
_____    Case number (if known) _____
Name

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

_____

3.  **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $37,819.87

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies,
assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
| --- | --- | --- |
| | | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Forever Trim Body Sculpting & Plastic Surgery Center, LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims
12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|

**2.1**

Priority creditor's name and mailing address
**Broward County  Tax Collector Records, Taxes and Treasury Division**
**115 S. Andrews Ave., Room 120**
**Fort Lauderdale, FL 33301**

Date or dates debt was incurred

Last 4 digits of account number **8147**

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**2020 Taxes**

Is the claim subject to offset?
☑ No
☐ Yes

Total claim: **$2,197.64**    Priority amount: **$2,197.64**

**2.2**

Priority creditor's name and mailing address
**Marlen De Lara**
**7521 SW 116th Street**
**Miami, FL 33156**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Paid a deposit to Company**

Is the claim subject to offset?
☑ No
☐ Yes

Total claim: **$3,450.00**    Priority amount: **$3,025.00**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    43081    Best Case Bankruptcy

| Debtor | **Forever Trim Body Sculpting & Plastic Surgery Center, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $194,800.00 | $0.00 |
|---|---|---|---|---|

**Tim Reed**
**3147 Peachtree Way**
**Fort Lauderdale, FL 33328**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2019 - 2021**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Basis for the claim:
**Income Owed from 2019 - Present**

Is the claim subject to offset?
■ No
☐ Yes

---

**Part 2:   List All Creditors with NONPRIORITY Unsecured Claims**

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | | Amount of claim |
|---|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $121.56 |
|---|---|---|---|

**A.R.M Solutions Inc.**
**PO Box 2929**
**Camarillo, CA 93011**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred

Last 4 digits of account number  **3439**

Basis for the claim:

Is the claim subject to offset? ■ No  ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25,000.00 |
|---|---|---|---|

**Alphaeon Financing**
**Comenity Capital Bank**
**PO Box 183003**
**Columbus, OH 43218**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred

Last 4 digits of account number  **8251**

Basis for the claim:

Is the claim subject to offset? ■ No  ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,702.40 |
|---|---|---|---|

**Alphaeon Financing**
**Caridad Rufina Vasquez**
**7751 SW 17 Terrace**
**Miami, FL 33155**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred

Last 4 digits of account number

Basis for the claim:

Is the claim subject to offset? ■ No  ☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $11,684.48 |
|---|---|---|---|

**Amex**
**Three World Financial Center**
**200 Vesey Street**
**New York, NY 10285**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/15/2015**

Last 4 digits of account number  **1001**

Basis for the claim:

Is the claim subject to offset? ■ No  ☐ Yes

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $35,300.75 |
|---|---|---|---|

**Bank of America**
**Bank of America Corporate Center**
**100 North Tryon Street**
**Charlotte, NC 28255**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/15/2013**

Last 4 digits of account number  **9534**

Basis for the claim:

Is the claim subject to offset? ■ No  ☐ Yes

| | |
|---|---|
| Debtor | **Forever Trim Body Sculpting & Plastic Surgery Center, LLC** |
| | Name |

Case number *(if known)* _____

| | | | |
|---|---|---|---|
| **3.6** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,206.86** |
| | **Bank of America**<br>**Bank of America Corporate Center**<br>**100 North Tryon Street**<br>**Charlotte, NC 28255** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **8/18/2016** | **Basis for the claim:** _ | |
| | Last 4 digits of account number  **3020** | Is the claim subject to offset? ☒ No ☐ Yes | |

| | | | |
|---|---|---|---|
| **3.7** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$22,550.21** |
| | **Bank of America**<br>**Bank of America Corporate Center**<br>**100 North Tryon Street**<br>**Charlotte, NC 28255** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  _ | **Basis for the claim:**  **PPP Loan** | |
| | Last 4 digits of account number  **3178** | Is the claim subject to offset? ☒ No ☐ Yes | |

| | | | |
|---|---|---|---|
| **3.8** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| | **Camille Mucci**<br>**3860 NE 24 Ave**<br>**Pompano Beach, FL 33064** | ☐ Contingent<br>☐ Unliquidated<br>☒ Disputed | |
| | Date(s) debt was incurred  _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| | | | |
|---|---|---|---|
| **3.9** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$40,000.00** |
| | **Cox Communications, Inc.**<br>**6205-B Peachtree Dunwoody Road NE**<br>**Atlanta, GA 30328** | ☐ Contingent<br>☐ Unliquidated<br>☒ Disputed | |
| | Date(s) debt was incurred  _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| | | | |
|---|---|---|---|
| **3.10** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,500.00** |
| | **First American**<br>**100 Throckmorton St Suite 1800**<br>**Fort Worth, TX 76102** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number  **8855** | Is the claim subject to offset? ☒ No ☐ Yes | |

| | | | |
|---|---|---|---|
| **3.11** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,322.51** |
| | **Henry schein**<br>**PO Box 382060**<br>**Pittsburgh, PA 15250** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number  **7276** | Is the claim subject to offset? ☒ No ☐ Yes | |

| | | | |
|---|---|---|---|
| **3.12** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| | **Jessica Rodriguez**<br>**1190 NE 89th Street**<br>**Miami, FL 33138** | ☐ Contingent<br>☐ Unliquidated<br>☒ Disputed | |
| | Date(s) debt was incurred  _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| | | |
|---|---|---|
| Debtor | **Forever Trim Body Sculpting & Plastic Surgery Center, LLC** | Case number (if known) |
| | Name | |

---

**3.13** | Nonpriority creditor's name and mailing address

**Kabbage**
**730 Peachtree Street NE**
**Suite 1100**
**Atlanta, GA 30308**

Date(s) debt was incurred  __2/28/2020__

Last 4 digits of account number  __2952__

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

**$33,309.70**

---

**3.14** | Nonpriority creditor's name and mailing address

**Michael J Rodriguez, MD, PA**
**1190 NE 89th Street**
**Miami, FL 33138**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

**Unknown**

---

**3.15** | Nonpriority creditor's name and mailing address

**Michael J. Rodriguez**
**1190 NE 89th Street**
**Miami, FL 33138**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

**Unknown**

---

**3.16** | Nonpriority creditor's name and mailing address

**Michael J. Rodriguez, MD**
**1190 NE 89th Street**
**Miami, FL 33138**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

**Unknown**

---

**3.17** | Nonpriority creditor's name and mailing address

**RAS LAVRAR**
**1133 South University Drive**
**Second Floor**
**Fort Lauderdale, FL 33324**

Date(s) debt was incurred  _

Last 4 digits of account number  __5810__

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Collection__

Is the claim subject to offset? ☐ No ☐ Yes

**$9,689.43**

---

**3.18** | Nonpriority creditor's name and mailing address

**Revenue Assurance Partners**
**PO Box 4883**
**Covington, LA 70434**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Collection__

Is the claim subject to offset? ☐ No ☐ Yes

**$2,050.00**

---

**3.19** | Nonpriority creditor's name and mailing address

**Social Security Administration**
**POB 3490**
**Philadelphia, PA 19122**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$8,000.00**

---

| Debtor | Forever Trim Body Sculpting & Plastic Surgery Center, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.20** Nonpriority creditor's name and mailing address
**Sun Sentinel**
P.O. Box 100606
Atlanta, GA 30384

Date(s) debt was incurred _
Last 4 digits of account number  **6793**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No  ☐ Yes

**$8,954.00**

---

**3.21** Nonpriority creditor's name and mailing address
**The News-Press Media Group**
PO Box 677583
Dallas, TX 75267

Date(s) debt was incurred _
Last 4 digits of account number  **3438**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No  ☐ Yes

**$764.00**

---

**3.22** Nonpriority creditor's name and mailing address
**Tim Reed**
3147 Peachtree Way
Fort Lauderdale, FL 33328

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Loan**

Is the claim subject to offset? ☐ No  ☐ Yes

**$105,000.00**

---

**3.23** Nonpriority creditor's name and mailing address
**Wayne Mucci, D.O.**
3860 NE 24 Ave
Pompano Beach, FL 33064

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No  ☐ Yes

**Unknown**

---

**3.24** Nonpriority creditor's name and mailing address
**WPM Esthetics**
3860 NE 24 Ave
Pompano Beach, FL 33064

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**Part 3:**   List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | Sara Silverman<br>Modlin Slinsky PA<br>1551 Sawgrass Corporate Parkway<br>Suite 110<br>Fort Lauderdale, FL 33323 | Line **3.4**<br>☐ Not listed. Explain ___ | **3809** |
| 4.2 | Szabo Media Collections<br>3355 Lenox Road NE, Suite 945<br>Atlanta, GA 30326 | Line **3.20**<br>☐ Not listed. Explain ___ | **3502** |

**Part 4:**   Total Amounts of the Priority and Nonpriority Unsecured Claims

Debtor   **Forever Trim Body Sculpting & Plastic Surgery Center, LLC**                     Case number (if known) _____
_____
Name

5.  **Add the amounts of priority and nonpriority unsecured claims.**

|   |   | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 200,447.64 |
| **5b. Total claims from Part 2** | 5b. + | $ 326,155.90 |
| **5c. Total of Parts 1 and 2** <br> Lines 5a + 5b = 5c. | 5c. | $ 526,603.54 |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Forever Trim Body Sculpting & Plastic Surgery Center, LLC** |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF FLORIDA |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                     12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1.  State what the contract or lease is for and the nature of the debtor's interest | **Subleased at 1127 S University Dr., Plantation, FL 33324** | |
| State the term remaining | |
| List the contract number of any government contract | **New Era Medical**<br>**1127 S University Dr.**<br>**Fort Lauderdale, FL 33324** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Fill in this information to identify the case: |
|---|

Debtor name **Forever Trim Body Sculpting & Plastic Surgery Center, LLC**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Tim Reed** | **1127 S University Dr.**<br>**Fort Lauderdale, FL 33324** | **Kabbage** | ☐ D _____<br>■ E/F ___3.13___<br>☐ G _____ |
| 2.2 | **Tim Reed** | **1127 S University Dr.**<br>**Fort Lauderdale, FL 33324** | **Fund Box** | ■ D ___2.2___<br>☐ E/F _____<br>☐ G _____ |
| 2.3 | **Tim Reed** | **1127 S University Dr.**<br>**Fort Lauderdale, FL 33324** | **Bank of America** | ☐ D _____<br>■ E/F ___3.5___<br>☐ G _____ |
| 2.4 | **Tim Reed** | **1127 S University Dr.**<br>**Fort Lauderdale, FL 33324** | **Amex** | ☐ D _____<br>■ E/F ___3.4___<br>☐ G _____ |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com
Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Forever Trim Body Sculpting & Plastic Surgery Center, LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number (if known)

☐ Check if this is an amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy
04/19

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

## Part 1:   Income

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **For year before that:**<br>From **1/01/2020** to **12/31/2020** | ■ Operating a business<br>☐ Other | $392,408.00 |
| **For the fiscal year:**<br>From **1/01/2019** to **12/31/2019** | ■ Operating a business<br>☐ Other | $778,049.00 |
| **For the fiscal year:**<br>From **1/01/2018** to **12/31/2018** | ■ Operating a business<br>☐ Other | $1,539,097.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

## Part 2:   List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

Debtor    **Forever Trim Body Sculpting & Plastic Surgery Center, LLC**    Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. **Broward County  Tax Collector Records, Taxes and Treasury Division**<br>**115 S. Andrews Ave., Room 120**<br>**Fort Lauderdale, FL 33301** | **Monthly** | **$273.67** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.2. **Discover Bank**<br>**c/o Lloyd & McDaniel, PLC**<br>**PO Box 23200**<br>**Louisville, KY 40223** | **Monthly** | **$200.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**    **Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **American Express vs Timothy Reed dba Forever Young & Trim**<br>**COCE-20-033809** | Collection | **Broward County Circuit Court**<br>**201 SE 6 Ave**<br>**Fort Lauderdale, FL 33301** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Debtor    **Forever Trim Body Sculpting & Plastic Surgery Center, LLC**    Case number *(if known)* _____

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.2. **Discover Bank vs Timothy Reed and Forever Young & Trim** | **Collection** | **Broward County Circuit Court**<br>**201 SE 6 Ave**<br>**Fort Lauderdale, FL 33301** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. **Funding Circle vs Forever Trim**<br>**CACE-21-015011** | **Collection** | **Broward County Circuit Court**<br>**201 SE 6 Ave**<br>**Fort Lauderdale, FL 33301** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:    Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:    Certain Payments or Transfers**

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

Debtor    **Forever Trim Body Sculpting & Plastic Surgery Center, LLC**    Case number *(if known)* _____

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | David W. Langley 8551 W. Sunrise Blvd., Suite 303 Plantation, FL 33322 | Attorney Fees | 9/22/20 | $3,662.00 |
| | Email or website address dave@flalawyer.com | | | |
| | Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:    Previous Locations**

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | 8040 Peters Road H104 Fort Lauderdale, FL 33324 | Sept 2011 - July 2020 |

**Part 8:    Health Care Bankruptcies**

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:    Personally Identifiable Information**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor   **Forever Trim Body Sculpting & Plastic Surgery Center, LLC**    Case number *(if known)* _____

16. **Does the debtor collect and retain personally identifiable information of customers?**

   ■  No.
   ☐  Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

   ■  No. Go to Part 10.
   ☐  Yes. Does the debtor serve as plan administrator?

---

**Part 10:**  Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
   Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
   Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

   ■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| | | | | |

19. **Safe deposit boxes**
   List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

   ■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|
| | | | |

20. **Off-premises storage**
   List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

   ☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| **Versatile Warehousing**<br>**4701 Orange Dr.**<br>**Fort Lauderdale, FL 33314** | **Timothy Reed** | **Medical and Inventory** | ☐ No<br>■ Yes |

---

**Part 11:**  Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
   List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

   ■ None

---

**Part 12:**  Details About Environment Information

For the purpose of Part 12, the following definitions apply:
   *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

---

| Debtor | **Forever Trim Body Sculpting & Plastic Surgery Center, LLC** | Case number *(if known)* | |

---

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

| **Part 13:** | **Details About the Debtor's Business or Connections to Any Business** |

25. **Other businesses in which the debtor has or had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| 25.1.    **Forever Trim Body Sculpting Center LLC**<br>**1127 S University Dr.**<br>**Plantation, FL 33324** | **Provides non-invasive, non-surgical services for fat and weight production** | EIN:    **27-1551206**<br><br>From-To    **12/22/2009 - Current** |

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.    **Stacy Reed**<br>**3147 Peachtree Way**<br>**Fort Lauderdale, FL 33328** | **Since 12/22/2009** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

Debtor    **Forever Trim Body Sculpting & Plastic Surgery Center, LLC**    Case number *(if known)* _____

| Name and address | Date of service From-To |
|---|---|
| 26b.1. **Martinez-Marquez, CPA, PA**<br>**6303 Blue Lagoon Dr., Suite 200 East**<br>**Miami, FL 33126** | |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. **Martinez-Marquez, CPA, PA**<br>**6303 Blue Lagoon Dr., Suite 200 East**<br>**Miami, FL 33126** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

27. **Inventories**
    Have any inventories of the debtor's property been taken within 2 years before filing this case?

    ■ No
    ☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

    ■ No
    ☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
    Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

    ■ No
    ☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

    ■ No
    ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

Debtor    **Forever Trim Body Sculpting & Plastic Surgery Center, LLC**    Case number *(if known)* _____

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|
| | |

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **January 19, 2022**

**/s/ MGRM**                                                    MGRM
Signature of individual signing on behalf of the debtor         Printed name

Position or relationship to debtor    **Timothy P. Reed**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                Best Case Bankruptcy

## United States Bankruptcy Court
### Southern District of Florida

In re    **Forever Trim Body Sculpting & Plastic Surgery Center, LLC**      Case No. _____
Debtor(s)      Chapter   **7** _____

## VERIFICATION OF CREDITOR MATRIX

I, the Timothy P. Reed of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **January 19, 2022** _____   /s/ MGRM _____
**MGRM/Timothy P. Reed**
Signer/Title

A.R.M Solutions Inc
PO Box 2929
Camarillo, CA 93011

747 Front Street., Floor 4
San Francisco, CA 94111

1133 South University Dri
Second Floor
Fort Lauderdale, FL 3332

Alphaeon Financing
Comenity Capital Bank
PO Box 183003
Columbus, OH 43218

First American
100 Throckmorton St Suite 1800
Fort Worth, TX 76102

Revenue Assurance Partne
PO Box 4883
Covington, LA 70434

Alphaeon Financing
Caridad Rufina Vasquez
7751 SW 17 Terrace
Miami, FL 33155

Fund Box
6900 Dallas Parkway, STE 700
Plano, TX 75024

Sara Silverman
Modlin Slinsky PA
1551 Sawgrass Corporate P
Suite 110
Fort Lauderdale, FL 3332

Amex
Three World Financial Center
200 Vesey Street
New York, NY 10285

Henry schein
PO Box 382060
Pittsburgh, PA 15250

Social Security Administ
POB 3490
Philadelphia, PA 19122

Bank of America
Bank of America Corporate Center
100 North Tryon Street
Charlotte, NC 28255

Jessica Rodriguez
190 NE 89th Street
Miami, FL 33138

Sun Sentinel
P.O. Box 100606
Atlanta, GA 30384

Bank of America
Bank of America Corporate Center
100 North Tryon Street
Charlotte, NC 28255

Kabbage
110 Peachtree Street NE
Suite 1100
Atlanta, GA 30308

Szabo Media Collections
3355 Lenox Road NE, Suite9
Atlanta, GA 30326

Bank of America
Bank of America Corporate Center
100 North Tryon Street
Charlotte, NC 28255

Marlen De Lara
7721 SW 116th Street
Miami, FL 33156

The News-Press Media Gro
PO Box 677583
Dallas, TX 75267

Broward County  Tax Collector
Records, Taxes and Treasury Division
115 S. Andrews Ave., Room 120
Fort Lauderdale, FL 33301

Michael J Rodriguez, MD, PA
1190 NE 89th Street
Miami, FL 33138

Tim Reed
3147 Peachtree Way
Fort Lauderdale, FL 3332

Camille Mucci
3860 NE 24 Ave
Pompano Beach, FL 33064

Michael J. Rodriguez
1190 NE 89th Street
Miami, FL 33138

Tim Reed
3147 Peachtree Way
Fort Lauderdale, FL 3332

Cox Communications, Inc.
6205-B Peachtree Dunwoody Road
Atlanta, GA 30328

Michael J. Rodriguez, MD
1190 NE 89th Street
Miami, FL 33138

Tim Reed
1127 S University Dr.
Fort Lauderdale, FL 3332

Tim Reed
1127 S University Dr.
Fort Lauderdale, FL 33324


Tim Reed
1127 S University Dr.
Fort Lauderdale, FL 33324


Tim Reed
1127 S University Dr.
Fort Lauderdale, FL 33324


Wayne Mucci, D.O.
3860 NE 24 Ave
Pompano Beach, FL 33064


WPM Esthetics
3860 NE 24 Ave
Pompano Beach, FL 33064